# Court of Appeals
# of the State of Georgia

ATLANTA,____May 04, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0573.  JOHNSON STREET PROPERTIES, LLC v. CYNTHIA CLURE.**

After plenary consideration, we have determined that the application for interlocutory appeal in this case was improvidently granted.  Accordingly, the order granting the application is vacated, and the appeal is dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/04/2015____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*